E-FILED
Wednesday, 02 March, 2005  11:48:54 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| JEROME KINDLE, | )  No. 03-CR-30020 |
| | ) |
| Defendant. | ) |

**MOTION TO CONTINUE SENTENCING**

    **NOW COMES** Defendant, Jerome Kindle, by and through his attorneys, Noll Law Office by Jon Gray Noll and Timoney and Page by Jeff Page, and in support of his Motion to Continue Sentencing, states to this Honorable Court as follows, that:

    1.    Defendant is charged in the above-entitled cause by Indictment filed March 26, 2003, with distribution of cocaine and possession of cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), possession of 5 or more grams of cocaine base ("crack") with intent to distribute, in violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(B), felon in possession of a firearm, in violation of 18 U.S.C. §922(g), and possession of a firearm in furtherance of drug trafficking crime, in violation of 18 U.S.C. §942(c).

    2.    On April 30, 2004, the Defendant entered a guilty plea to Counts 6 and 8 as charged in the Indictment, pursuant to a written Plea Agreement. The Government agreed that, at the time of sentencing, to dismiss Counts 1 through and Count 7 of the Indictment.

    3.    Defendant's sentencing hearing in this matter is currently scheduled for Friday, March 18, 2005, at 2:30 p.m.

4.     Defendant has been involved in ongoing government activities in this matter. Defense counsel has spoken with the authorities' lead individual and Mr. Kindle's continued communication with the authorities would be appreciated.

5.     The Defendant respectfully requests that his sentencing hearing be continued for an additional sixty (60) days to attempt to continue to improve the status of his case.

6.     Counsel for Defendant has discussed this motion with the Government and the Government has no objection to the filing of this motion, or the relief sought therein.

6.     This motion is not brought for the purpose of delay but is in the best interest of all parties.

7.     Neither the rights of the Plaintiff, nor those of the Defendant, will be jeopardized by the granting of the relief sought herein.

**WHEREFORE**  Defendant, Jerome Kindle, prays that this Honorable Court continue the sentencing hearing in the above-entitled cause for an additional sixty (60) days,  and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

**JEROME KINDLE,** Defendant

By:     /s Jon Gray Noll
          Jon Gray Noll 02060108
          Attorney for Defendant
          Noll Law Office
          802 South Second Street
          Springfield, IL 62704
          Telephone: (217) 544-8441
          Fax: (217) 544-8775
          E-mail: noll@noll-law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    David Risley
    U. S. Attorney's Office
    318 South 6th Street
    Springfield, IL 62701

    Jeff Page
    Timoney & Page
    808 South 2nd Street
    Springfield, IL 62704

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Jerome Kindle
    Sangamon County Jail
    One Sheriff's Plaza
    Springfield, IL 62701

    /s Jon Gray Noll
    Jon Gray Noll 02060108
    Attorney for Defendant
    Noll Law Office
    802 South Second Street
    Springfield, IL 62704
    Telephone: (217) 544-8441
    Fax: (217) 544-8775
    E-mail: noll@noll-law.com