| CRIMINAL DOCKET SHEET (Associate Division) | COUNTY AND DIVISION NUMBER<br>Cape Girardeau   III<br>DATE FILED<br>7-25-90 | CIRCUIT NO.<br>32 | CASE NUMBER<br>90-S-781 |
|---|---|---|---|
| STATE OF MISSOURI  vs.<br><br>KINDLE, JEROME DEVON<br><br>(Assign a number if more than one defendant) # ___ | PROSECUTOR (Optional)<br>H. Morley Swingle 2764<br>DEFENSE ATTORNEY (Optional)<br>Gary Robbins, 23265<br>TYPE: 1.___ Private  2._X_ Public Def.  3.___ ProSe/Waived  9.___ Other | JUDGE NAME AND NUMBER AT FILING<br>William Rader 17882 | OFFENSE CYCLE NUMBER |

| CHARGES (Description Optional) | CHARGE CODES | BOND INFORMATION: |
|---|---|---|
| 1. Murder Second Degree<br>2. Amended 8-13-90 to:<br>3. Involuntary Manslaughter<br>4.<br>5. | 1. 1003100  now:<br>2. 1005100<br>3.<br>4.<br>5. | Date Posted: _____ Amount $ _____<br>1. ___ Cash/Property  3. ___ Personal Recog.<br>2. ___ % Bond  4. ___ Prof. Surety  9. ___ Other |

| ORIGIN OF CASE | | |
|---|---|---|
| 1. _X_ Information/Complaint<br>4. ___ Change of Venue | 5. ___ Transferred In (New Location # ___ )<br>9. ___ Other | WARRANT ISSUED AT FILING:  Yes _X_  No ___ |

| DATE | DOCUMENTS FILED/ACTION TAKEN IN CASE |
|---|---|
| 7/25/90 | COMPLAINT IN A FELONY CASE signed and filed by H. MORLEY SWINGLE, Prosecuting Attorney. ORDER for warrant signed by HONORABLE MARYBELLE MUELLER and filed herein. WARRANT issued and delivered to Sheriff. BOND set at $50,000.00. Warrant executed |
| 7/26/90 | State by Nancy J. Narrow, Assistant Prosecuting Attorney. Defendant in person, in custody of sheriff and by Kimberly Shaw, Attorney for Gary Robbins, Attorney. Charge read. Cause set for preliminary hearing 8/7/90, 2:45 PM. Defendant remanded to custody of sheriff. Commitment issued. |
| 7/30/90 | State by NANCY J. NARROW, Assistant Prosecuting Attorney. Defendant in person, in custody of Sheriff and by GARY ROBBINS, Defendant requests to waive preliminary hearing. Request granted. After advising defendant of his rights, Court finds he has freely and voluntarily waived his right to preliminary hearing. Court orders defendant bound to Circuit Court Division I returnable, Monday, August 6, 1990. Defendant remanded to custody of Sheriff. |
| 7/30/90 | RECEIVED THIS DATE FROM DIVISION III. Cause returnable **Monday, August 6, 1990** before **Div. I** in **Jackson**.   /dac |
| 8-1-90 | **INFORMATION IN A FELONY CASE** filed by H. Morley Swingle, P.A.   /kh |
| 8-7-90 | State appears by Ian Sutherland, Asst P.A. Defendant appears in person and by Gary Robbins, P.D. Division I Judge recuses as he was Judge in juvenile certification. Cause assigned to Judge Seier, Division II for arraignment at Cape on Monday, August 13, 1990 /s/SNL   /kh |

MO 116-0077 (4-90)

| Date | Entry |
|---|---|
| 8/8/90 | **ORDER DISMISSING PETITION TO ALLOW PROSECUTION UNDER THE GENERAL LAW (FELONY)** filed this date by Morley Swingle, P.A.   /dac |
| 8-13-90 | **AMENDED INFORMATION IN A FELONY CASE** filed by H. Morley Swingle, P.A.  /kh |
| | **MOTION TO PRODUCE, ENTRY OF APPEARANCE, NOTICE OF INTENT TO FILE CLAIM FOR LEGAL SERVICES, CLAIM FOR VALUE OF LEGAL SERVICES AND NOTICE OF LIEN and JUDGMENT** filed by Gary Robbins, P.D.  /kh |
| | **PLEA:** State appears by Morley Swingle. Defendant appears in person and by Gary Robbins. Defendant is formally arraigned and pleads guilty to the amended charges. PLEA AGREEMENT AND PETITION TO ENTER PLEA OF GUILTY signed and filed in open court. /s/AJS /kh |
| | **SENTENCE AND JUDGMENT:** The Court sentences the defendant to the Missouri Department of Corrections for a period of 5 years. CVCF judgment assessed at $46.00. Judgment for attorney lien assessed at $150.00.  /s/AJS  /kh |
| 10/4/90 | **TRANSCRIPT OF GUILTY PLEA PROCEEDINGS OF AUGUST 13, 1990** filed this date by Russell B. Welder, Official Court Reporter.  /dac |

No. 429R        © 1988 ELKINS-SWYERS CO., SPRINGFIELD, MO. - T-934                CC

# CERTIFIED COPY OF SENTENCE AND JUDGMENT OF PLEA OF GUILTY
## WITH COUNSEL APPOINTED BY COURT

STATE OF MISSOURI,  
County of Cape Girardeau } ss.

IN THE CIRCUIT COURT WITHIN AND FOR SAID COUNTY

BE IT REMEMBERED that theretofore, to-wit: on the 13th day of August, A. D. 1990, at the regular August 1990 term of the Circuit court, begun and held at the court house in the city of Cape Girardeau, Missouri, in the county and state aforesaid, before the Honorable A. J. SEIER, Judge of said court, the following, among other proceedings, were had and appear of record, to-wit:

STATE OF MISSOURI,            Plaintiff,

vs.                                          No. CR590-976FX

JEROME KINDLE                 Defendant.

Upon an ~~indictment~~ information charging the defendant with CLASS C FELONY OF INVOLUNTARY MANSLAUGHTER

Now on the 13th day of August, 1990, comes the State of Missouri by the prosecuting attorney, and comes also the defendant in proper person in open court, and whereupon the court informed the defendant of his right to counsel and explained wherein the exercise of said right might be of benefit to the defendant and appoints Gary Robbins, an attorney, to act as counsel for the defendant and notifies said counsel that a reasonable time will be allowed in which to prepare the defense. Whereupon, after this defendant has had an opportunity and reasonable time to consult with his said counsel and with a friend and both defendant and his said counsel being present in open court, defendant is duly arraigned and enters a plea of guilty to the charge of INVOLUNTARY MANSLAUGHTER, a felony, and the court states to the defendant that he has voluntarily entered his plea of guilty to the said charge, and now asks the defendant if he has any legal reason to give why judgment should not be pronounced upon him in accordance with his plea of guilty and the defendant says nothing.

And the court thereupon fixes the punishment of the defendant at imprisonment in an institution to be designated by the Department of Corrections of the State of Missouri in accordance with law for a term of FIVE years and pronounces sentence in accordance therewith.

WHEREFORE, it is by the court considered, ordered, adjudged and decreed that the said defendant shall be confined in the custody of the Department of Corrections of the State of Missouri in an institution or institutions designated by said department in accordance with law for a period of 5 years to commence on the 13th day of August 19 90, and that the State of Missouri have and recover of the defendant its costs herein expended and that execution issue thereof, and the defendant is remanded to the custody of the sheriff, to be by him delivered to the reception center of the Department of Corrections and a certified copy of this judgment is to be delivered by said sheriff to the Division of Classification and Assignment of the Department of Corrections in accordance with law. And the said Department of Corrections shall receive and safely keep the said defendant until the judgment of the court herein be complied with or the said defendant shall be otherwise discharged in accordance with law.

IT IS FURTHER ORDERED, that the time spent by this Defendant in jail prior to his conviction and the date on which sentence was pronounced, amounting to all days, is to be calculated as a part of the term of the sentence imposed upon him. Judgment for Crime Victim Compensation Fund assessed against the defendant and for the State of Missouri in the amount of $46.00. Judgment for Attorney Lien assessed against the defendant and for the State of Missouri in the amount of $150.00.

STATE OF MISSOURI,  
County of Cape Girardeau } ss.

I, CHARLES P. HUTSON , Clerk of the Circuit Court in and for said County, hereby certify that the above is a true copy of the original Judgment and Sentence of the Court in the cause therein named, as the same appears of record in my office.

WITNESS my hand as Clerk, and seal of said Court. Done at office in Jackson, Missouri this 13th day of August , 19 90

_____CHARLES P. HUTSON_____ Clerk.

By _____*Kare Hancock*_____ Deputy.

## PHYSICIAN'S CERTIFICATE

I, the undersigned, Physician for_____County, Mo., hereby certify that I have this day examined the within named defendant and that I have vaccinated him against small pox, and that he has not been exposed to any contagious or infectious diseases and is not now suffering from any such disease.

Remarks:

Witness my hand this_____day of_____, 19____

_____ M. D.

Subscribed and sworn to before me, this_____day of _____, 19____

_____
Circuit Clerk.

I, _____, Sheriff of_____County, Missouri, being the person required by law to deliver the above convict to the State Department of Corrections, hereby endorse upon this commitment that the convict spent in the jail of the county subsequent to the date of his sentence and prior to his delivery to the State Department of Corrections_____days, and I further endorse that the above convict spent_____days in the jail and/or workhouse of this City prior to the conviction and sentence which the Court has ordered to be calculated as a part of his sentence.

Entered Jail _____  Signed _____

Sentenced _____   Sheriff of_____County, Mo.

Del to D of C _____  Per _____

| Missouri Form 11-85 | **SENTENCE AND JUDGMENT** | CASE NUMBER CR590-976FX |
|---|---|---|

IN THE CIRCUIT COURT OF  CAPE GIRARDEAU  COUNTY,  I I  DIVISION

STATE OF MISSOURI
VS.
JEROME DEVON KINDLE

CHARGE(S): ~~Murder, Second Degree~~  Involuntary Manslaughter

PROSECUTING ATTORNEY: ~~IAN SUTHERLAND~~ Swingle
DEFENSE ATTORNEY: GARY L. ROBBINS
☐ Pre - Sentence Ordered
☒ Pre - Sentence Waived

☒ Felony      Class ☐ A  ☐ B  ☒ C  ☐ D
☐ Misdemeanor Class ☐ A  ☐ B  ☐ C  ☐ D

The Court finds beyond a reasonable doubt that the defendant is a:
☐ Prior Offender (558.016 RSMo)
☐ Persistent Offender (558.016 RSMo)
☐ Dangerous Offender (558.016 RSMo)
☐ Persistent Sexual Offender (558.018 RSMo)

It is adjudged that the defendant has been:
☒ Found guilty upon plea of guilty
☐ Found guilty by a jury
☐ Found guilty by the court

On this __13th__ day of __August__, 19 __90__, the Court:

☒ Informs the defendant of the verdict and asks the defendant whether he/she has anything to say why judgment should not be pronounced, and finds no sufficient cause to the contrary being shown, or appearing to the court.

☒ Sentences and commits the defendant to the custody of __Mo Dept of Corrections__ for a period of __5 years__. Granted __all__ days credit. Said sentence to be served concurrent/consecutive with _____

☐ Sentences and commits the defendant to the custody of _____ for a period of _____. Further ordered that execution of sentence be suspended and that defendant be placed on probation for a period of _____ under the supervision of the _____ based on the conditions set forth in the Orders of Probation.

☐ Suspends imposition of sentence and places on probation for a period of _____ under the supervision of the _____ based on the conditions set forth in the Orders of Probation.

☐ Finds the defendant in violation of his/her probation and after considering alternatives to incarceration, orders the previously imposed sentence of _____ executed.

☐ Finds the defendant in violation of his/her probation and after considering alternatives to incarceration, revokes the Suspended Imposition of Sentence and imposes a sentence of _____

☐ Other _____

The Court further orders:

☒ The clerk to deliver a certified copy of the judgment and commitment to the sheriff.

☒ The sheriff to authorize one additional deputy to transport defendant to Division of Adult Institutions.

☒ That judgment is entered in favor of the State of Missouri and against the defendant for the sum of $ 46.00 for the Crime Victims Compensation Fund.

☒ Judgment for the State of Missouri and against the defendant for appointed counsel services in the sum of $ 150.00 .

☐ Official court reporter to transcribe proceedings and file transcript within 30 days.

☐ Costs taxed in the amount of $ _____ .

☐ The following special conditions of probation: _____

☐ Other _____

(Seal of Circuit Court)

_____ JUDGE _____ DIVISION

I certify that the above is a true copy of the original Judgment and Sentence of the Court in the above cause, as it appears on record in my office.

Issued this 13th day of August , 19 90 .

CHARLES P. HUTSON
CLERK

By: _Kay Hancock_
DEPUTY CLERK

IN THE CIRCUIT COURT OF CAPE GIRARDEAU COUNTY

STATE OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI,<br>        Plaintiff, | )<br>)<br>) |
| vs. | ) Case No.: CR590-976FX<br>) Division II |
| JEROME DEVON KINDLE,<br>        Defendant. | )<br>)<br>) |

**PLEA**

State appears by ~~IAN SUTHERLAND~~ M. Swingle.

Defendant appears in person and with attorney GARY L. ROBBINS.

**X** Defendant is formally arraigned and pleads guilty to the charged offense(s). Court accepts defendant's plea of guilty and defendant found guilty as charged. ~~Board of Probation and Parole is ordered to submit a pre-sentence investigation report by _____, sentencing deferred to _____~~. Petition to enter plea of guilty is signed and filed in open court.

____ Defendant is formally arraigned and pleads not guilty (not guilty by reason of mental disease or defect). Cause set for trial in Jackson/Cape Girardeau on _____.

____ Defendant withdraws plea of not guilty and pleads guilty to the (amended) offense(s) charged: _____.
Court accepts defendant's plea of guilty and defendant found guilty as charged. Board of Probation and Parole ordered to submit a pre-sentence investigation report by _____, sentencing deferred to _____. Petition to enter plea of guilty signed and filed in open court.

____ Defendant's bond ordered to remain in full force and effect.

**X** Defendant remanded to the custody of the Sheriff.

Dated this 13th day of August, 1990.

SO ORDERED:

A. J. Seier, Circuit Judge
Division II

IN THE CIRCUIT COURT OF CAPE GIRARDEAU COUNTY, MISSOURI

STATE OF MISSOURI,                )
                                  )
           Plaintiff,             )
                                  )
vs.                               )    Case No. **CR590-976F**
                                  )
**JEROME DEVON KINDLE**           )
903 S. Pacific                    )
Cape Girardeau, MO 63701          )
B/M, DOB: 08-05-73                )
5'10", 145 lbs.                   )
Tatoo on right side of chest -    )
   "FILA"                         )
                                  )
           Defendant.             )

## AMENDED INFORMATION IN A FELONY CASE

The Prosecuting Attorney of the County of Cape Girardeau, State of Missouri, charges that the defendant, either acting alone or knowingly in concert with another, in violation of Section 565.024.1, RSMo, committed the class C felony of involuntary manslaughter, punishable upon conviction under Sections 558.011.1(3) and 560.011, RSMo, in that on or about the 14th day of February, 1990, in the County of Cape Girardeau, State of Missouri, the defendant recklessly caused the death of Robert D. McGee by striking him in the head with a brick and with a wooden stick.

**WITNESSES:**

Rick Price, Cape Girardeau Police Dept.
Kenton Martin, Cape Girardeau Police Dept.
Curtis Sessions, Cape Girardeau Police Dept.
David McGaha, Cape Girardeau Police Dept.
Lawrence Fleming, Cape Girardeau Police Dept.
John Volkerding, Cape Girardeau Police Dept.
Keith May, Cape Girardeau Police Dept.
Barry Hovis, Cape Girardeau Police Dept.
Alvin Spencer, Cape Girardeau Police Dept.
Robert E. McCoy, Jr., Cape Girardeau Police Dept.
Dr. Roderick Crist, Southeast Hospital, Cape Girardeau, MO
Jayne Brown, 1836 Herman, Cape Girardeau, MO
Bobby Johnson, 105 N. Clark, #305, Cape Girardeau, MO
Joseph Busciglio, 1024 William, Cape Girardeau, MO
Jacinda Osborne, 105 N. Clark, #305, Cape Girardeau, MO
Ardell Kindle, 903 S. Pacific, Cape Girardeau, MO
Edward Fluchel, 401 S. Benton, Cape Girardeau, MO
Joyce Ann McGee, 505 S. Henderson, Cape Girardeau, MO
Billy McGee, 505 S. Henderson, Cape Girardeau, MO

FILED
AUG 13 1990
CHARLES P. H____ ___
CIRCUIT CLERK

**PUNISHMENT:** One day to one year in the county jail or one to seven years imprisonment, and/or a fine which does not exceed five thousand dollars.

_____
Prosecuting Attorney

H. Morley Swingle, Prosecuting Attorney of the County of Cape Girardeau, State of Missouri, being duly sworn upon oath says that the facts stated in the above information are true, according to his best information, knowledge and belief.

_____
Prosecuting Attorney

Sworn and subscribed before me this 13th day of August, 1990.

Charles P. Hutson
CLERK OF THE COURT

By: Karen Hancock