# NOLL LAW OFFICE
802 South Second Street
Springfield, Illinois 62704
(217) 544-8441
Fax (217) 544-8775
email: noll@noll-law.com

E-FILED
Tuesday, 07 June, 2005  09:43:10 AM
Clerk, U.S. District Court, ILCD



Jon Gray Noll

June 6, 2005

Honorable Jeanne E. Scott
United States District Judge
Central District of Illinois
600 E. Monroe
Springfield, IL 62701

Subject:   *United States v. Kindle*
           Case No. 03-CR-30020

Reference:   31-1926

Dear Judge Scott:

This letter is to advise you that we met with Mr. Jerome Kindle on Sunday, June 5, 2005. Mr. Kindle has reserved the right to appeal on the issue of the determination as a career offender. At the June 3, 2005, sentencing hearing in the above-captioned matter, the Court determined him to be a career offender. We ask that the Court proceed in directing the U. S. District Clerk to file the Notice of Appeal on behalf of Mr. Kindle.

By way of further representation, Mr. Kindle is indigent at this time. Our fees had been provided by his family because Mr. Kindle had no separate source of income. Therefore, we ask that the Notice of Appeal reflect that he is indigent so that either the Public Defender's office or a CJA appointment may be had.

We will work with whoever is appointed to the case in order to provide information and our input as to the critical issue that he wishes to appeal.

Thank you for your assistance in insuring that this appeal goes forward.

Very truly yours,

Jon Gray Noll

JGN:wj

cc:   Jerome Kindle
      USAO David Risley
      Jeff Page