E-FILED
Tuesday, 07 June, 2005  10:14:13 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | 03-30020 |
| JEROME KINDLE | ) | |
| | ) | |

NOTICE OF APPEAL

Notice is hereby given that JEROME KINDLE, Defendant above named, hereby appeals to the Untied States Court of Appeals for the Seventh Circuit from the decision made in this action on the 3rd day of June, 2005.

Judge Jeanne E. Scott has ordered this notice of appeal be filed, without prepayment of costs.

__s/John M. Waters_____
JOHN M. WATERS
Clerk of Court

June 7, 2005