**E-FILED**
Wednesday, 08 June, 2005  10:49:19 AM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT OF CAPE GIRARDEAU COUNTY, MISSOURI

| | |
|---|---|
| STATE OF MISSOURI        ) | |
| )| |
| Plaintiff,    ) | |
| )| |
| vs.                      ) | Case No. CR596-840FX |
| )| |
| JEROME D. KINDLE         ) | |
| 910 N. Sprigg            ) | |
| Cape Girardeau, MO       ) | |
| B/M  DOB: 08-05-73       ) | |
| SSN: 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         ) | |
| SID: MO00733921          ) | |
| FBI: 699812LA2           ) | |
| )| |
| Defendant.    ) | |

### INFORMATION IN A FELONY CASE

### Count I

The Prosecuting Attorney of the County of Cape Girardeau, State of Missouri, charges that the defendant, either acting alone or knowingly in concert with another, in violation of Section 569.170, RSMo, committed the class C felony of burglary in the second degree, punishable upon conviction under Sections 558.011.1(3) and 560.011, RSMo, in that on or about the 13th day of May, 1996, in the County of Cape Girardeau, State of Missouri, the defendant knowingly entered unlawfully in an inhabitable structure, located at 372 N. Park, Cape Girardeau, Missouri, and owned by Donnie Holbrook, for the purpose of committing stealing therein.

Defendant is a prior offender under Section 558.016, RSMo, in that he has pleaded guilty to or been found guilty of a felony as follows:

On or about the 13th day of August, 1990, defendant pleaded guilty to or was found guilty of the felony of involuntary manslaughter in the Circuit Court of the County of Cape Girardeau, State of Missouri, in Case Number CR590-976F.



AUG  5 1996

CHARLES D. HUTSON

**195**

-2-



**WITNESSES:**

Ptlm. Robert Ross and Sgt. Mark Majoros, Cape Girardeau Police
    Department
Mr. Donnie Holbrook, 372 N. Park, Cape Girardeau, Missouri
Mr. Micah Holbrook, 372 N. Park, Cape Girardeau, Missouri
Mr. Keith Abernathy, 1452 Rose, Cape Girardeau, Missouri
Mr. Donald Kapfer, 514A Broadway, Cape Girardeau, Missouri
Mr. Joshua Holbrook, 372 N. Park, Cape Girardeau, Missouri
Mr. Patrick Chesteen, 414 N. West End, Cape Girardeau, Missouri

**PUNISHMENT:**

Counts I ███    One day to one year in the county jail, or one to
seven years imprisonment in a state correctional facility, or a
fine not exceeding five thousand dollars, or by both such
imprisonment and fine.

_____
Assistant Prosecuting Attorney

    Ian D. W. Sutherland, Assistant Prosecuting Attorney of the
County of Cape Girardeau, State of Missouri, being duly sworn on
oath says that the facts stated in the above information are true
according to his best information, knowledge and belief.

_____
Assistant Prosecuting Attorney

    Sworn and subscribed before me this ___5th___ day of
_____August_____, 1996.

                        Charles P. Hutson
                        CLERK OF THE COURT

                        By: _____



FILED
AUG  5 1996
CHARLES P. HUTSON
CIRCUIT CLERK

196

STATE OF MISSOURI          )
                           ) SS
COUNTY OF CAPE GIRARDEAU )

      I, CHARLES P. HUTSON, Clerk of the
Circuit Court, in and for said County,
hereby certify that the above and foregoing
is a true copy of the original Court Record
as the same appears on file in my office.
      IN TESTIMONY WHEREOF, I have hereunto
set my hand and affixed the Seal of said
Court, at Jackson, Missouri, this _14th_ day
of _February_____, 20_03___.

_Charles P. Hutson_____
CHARLES P. HUTSON, Circuit Clerk      Deputy

State of Missouri          )
                           )    SS.
County of Cape Girardeau   )

I, Charles P. Hutson, Clerk within and for the County of Cape
Girardeau, and State of Missouri, the same being a Court of Record
in and for said County and State, do hereby certify the foregoing
to be a full, true, and complete copy of:

STATE OF MISSOURI VS. JEROME KINDLE   cr596-841fx
in the above-entitled cause, as fully, truly, and completely as the
same appears on file in my office.

IN WITNESS WHEREOF, I hereunto set my had and affixed the seal of

said Court,                          this _14TH day of _FEBURARY_____,

                                     A.D. Two Thousand ____03_____

                                     _Charles P. Hutson_____
                                                 Clerk


State of Missouri          )
                           )    SS.
County of Cape Girardeau   )

I, _JOHN W. GRIMM_____, Judge of the Circuit Court of Cape
Girardeau County, State of Missouri, do hereby certify that Charles
P. Hutson is and was at the time of signing of same, Clerk of the
Circuit Court of Cape Girardeau Counmty, State of Missouri, the
same being a Court of Record in and for said County and State and
that the said attestation is in due form.

Given under my hand this  _14TH_ day of _FEBRUARY____, A.D. 2003__

                  _John W. Grimm_____
          Judge of the Circuit Court, Cape Girardeau County

County of Cape Girardeau   )
                           )    SS.
State of Missouri          )

I, Charles P. Hutson, Clerk within and for the County and State
aforesaid, the same being a Court of Record in and for said County
and State do hereby certify that _JOHN W. GRIMM_____
is Judge of the Circuit Court, duly commissioned and qualified.

IN WITNESS WHEREOF, I have hereunto set my had and affixed the seal
of said Court,

                          this _14TH day of _FEBRUARY_____
                          A.D. Two Thousand ___03_____

                          _Charles P. Hutson_____
                                      Clerk

**_198**

IN THE CIRCUIT COURT OF CAPE GIRARDEAU COUNTY, MISSOURI

STATE OF MISSOURI                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        Case No. _CR596-840FX_
                                     )        Division No. _____II_____
_Jerome Kindle_____,                 )
        Defendant.                   )

PLEA

State appears by _____Ian Sutherland_____.
Defendant appears in person and by attorney, _Wayne Williams_.

_____ Defendant formally arraigned and he/she pleads not guilty (not guilty by
       reason of mental disease or defect).

_____ Cause set for trial on _____ in Jackson/Cape Girardeau.

__✓__ Defendant withdraws plea of not guilty and enters a plea of guilty to the
       (amended) offense charged, _Burglary, 2nd_____, a class _C_
       felony/~~misdemeanor and~~ _____
       _____
       _____

__✓__ The Court finds the plea is voluntarily made with full understanding of
       the nature of the charge(s) and the range of punishment provided by
       statute, and, therefore, accepts the plea of guilty.

_____ Defendant waives right to Pre-Sentence Investigation.

__✓__ The Court directs the Board of Probation & Parole to submit a Pre-Sentence
       Investigation Report by _____10-25-96_____.
       Sentencing deferred to _____10-28-96_____.

_____ Defendant's bond is ordered to remain in full force and effect.

__✓__ Petition to Enter Plea of Guilty signed in open court and filed.

_Count II dismissed by State._____
_____
_____

SO ORDERED this _9th_ day of _Sept._____, 19_96_.

                                     _____
                                     Hon. John W. Grimm, Circuit Judge
                                     Division II

194



IN THE CIRCUIT COURT OF  Cape Girardeau  COUNTY, MISSOURI

| | | |
|---|---|---|
| DIVISION **II** | CASE NUMBER | |
| [X] CIRCUIT/NO. **32** | CR596-840FX | |
| [ ] ASSOCIATE/NO. _____ | OFFENSE CYCLE NO. | |

| | | |
|---|---|---|
| STATE OF MISSOURI  vs.<br>JEROME D. KINDLE<br>8-5-73    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<br><br>DEFENDANT    D.O.B.    SSN | PROSECUTING ATTORNEY/MO BAR NO.<br>*Dan Sutherland*<br>DEFENSE ATTORNEY/MO BAR NO.<br>*Wayne Williams* | (DATE FILE STAMP)<br><br>DATE OF OFFENSE FOR EACH COUNT<br>5-13-96 |
| [X] PRE-SENTENCE ORDERED   [ ] PRE-SENTENCE WAIVED | | |

## SENTENCE AND JUDGMENT

| COUNT NO. **I - Burglary, 2nd**<br>CHARGE | COUNT NO.<br>CHARGE | COUNT NO.<br>CHARGE |
|---|---|---|
| [ ] MISDEMEANOR  [X] FELONY<br>CLASS [ ]A [ ]B [X]C [ ]D [ ]UNCLASSIFIED<br><br>ON THE ABOVE COUNT, IT IS ADJUDGED<br>THAT THE DEFENDANT HAS BEEN:<br>[X] FOUND GUILTY UPON A PLEA OF GUILTY<br>[ ] FOUND GUILTY BY A JURY/COURT<br>[ ] DISMISSED/NOLLE PROS/FOUND NOT GUILTY | [ ] MISDEMEANOR  [ ] FELONY<br>CLASS [ ]A [ ]B [ ]C [ ]D [ ]UNCLASSIFIED<br><br>ON THE ABOVE COUNT, IT IS ADJUDGED<br>THAT THE DEFENDANT HAS BEEN:<br>[ ] FOUND GUILTY UPON A PLEA OF GUILTY<br>[ ] FOUND GUILTY BY A JURY/COURT<br>[ ] DISMISSED/NOLLE PROS/FOUND NOT GUILTY | [ ] MISDEMEANOR  [ ] FELONY<br>CLASS [ ]A [ ]B [ ]C [ ]D [ ]UNCLASSIFIED<br><br>ON THE ABOVE COUNT, IT IS ADJUDGED<br>THAT THE DEFENDANT HAS BEEN:<br>[ ] FOUND GUILTY UPON A PLEA OF GUILTY<br>[ ] FOUND GUILTY BY A JURY/COURT<br>[ ] DISMISSED/NOLLE PROS/FOUND NOT GUILTY |

THE COURT FINDS BEYOND A REASONABLE DOUBT THAT THE DEFENDANT IS A:

[ ] PERSISTENT SEXUAL OFFENDER (558.018 RSMo)      [ ] PRIOR OFFENDER (558.016 RSMo)      [ ] DANGEROUS OFFENDER (558.016 RSMo)

[ ] PRIOR DRUG OFFENDER (195.295 AND 195.296 RSMo)   [ ] PERSISTENT OFFENDER (558.016 RSMo)   [X] NOT APPLICABLE

[ ] PERSISTENT DRUG OFFENDER (195.295 RSMo)      [ ] CLASS X OFFENDER (558.019 RSMo)

ON (DATE) __October 28__, __1996__, THE COURT:

[X] INFORMS THE DEFENDANT OF VERDICT/FINDING, ASKS THE DEFENDANT WHETHER (S)HE HAS ANYTHING TO SAY WHY JUDGMENT SHOULD
NOT BE PRONOUNCED, AND FINDS THAT NO SUFFICIENT CAUSE TO THE CONTRARY HAS BEEN SHOWN OR APPEARS TO THE COURT

[X] DEFENDANT HAS BEEN ADVISED OF HIS/HER RIGHTS UNDER RULE 24.035/29.15 AND THE COURT HAS FOUND

    [ ] PROBABLE CAUSE      [X] NO PROBABLE CAUSE

    TO BELIEVE THAT DEFENDANT HAS RECEIVED INEFFECTIVE ASSISTANCE OF COUNSEL.

[X] ON COUNT __I__, THE COURT:
SENTENCES AND COMMITS THE DEFENDANT TO THE CUSTODY OF _MO Dept of Corrections_ FOR A
PERIOD OF _4 years_. SENTENCE TO BE SERVED

    [X] CONCURRENT      [ ] CONSECUTIVE   WITH _CR596-841FX_.

[ ] SUSPENDS EXECUTION OF SENTENCE. DEFENDANT IS PLACED ON PROBATION FOR A PERIOD OF _____ UNDER THE

SUPERVISION OF _____ BASED ON THE CONDITIONS SET FORTH IN THE ORDER OF PROBATION.

[ ] SUSPENDS IMPOSITION OF SENTENCE. DEFENDANT IS PLACED ON PROBATION FOR A PERIOD OF _____ UNDER THE

SUPERVISION OF _____ BASED ON THE CONDITIONS SET FORTH IN THE ORDER OF PROBATION.

[ ] FINES THE DEFENDANT $_____. THE COURT STAYS $_____ WITH THE REMAINDER DUE BY (DATE) _____

**192**

OSCA (1-96) CR180  HENRY M. ADKINS & SON - CLINTON, MO

ON COUNT _____, THE COURT:
☐ SENTENCES AND COMMITS THE DEFENDANT TO THE CUSTODY OF _____ FOR A

PERIOD OF _____. SENTENCE TO BE SERVED

   ☐ CONCURRENT        ☐ CONSECUTIVE        WITH _____

☐ SUSPENDS EXECUTION OF SENTENCE. DEFENDANT IS PLACED ON PROBATION FOR A PERIOD OF _____ UNDER THE

SUPERVISION OF _____ BASED ON THE CONDITIONS SET FORTH IN THE ORDER OF PROBATION.

☐ SUSPENDS IMPOSITION OF SENTENCE. DEFENDANT IS PLACED ON PROBATION FOR A PERIOD OF _____ UNDER THE

SUPERVISION OF _____ BASED ON THE CONDITIONS SET FORTH IN THE ORDER OF PROBATION.

☐ FINES THE DEFENDANT $_____. THE COURT STAYS $_____ WITH THE REMAINDER DUE BY (DATE) _____.

---

ON COUNT _____, THE COURT:
☐ SENTENCES AND COMMITS THE DEFENDANT TO THE CUSTODY OF _____ FOR A

PERIOD OF _____. SENTENCE TO BE SERVED

   ☐ CONCURRENT        ☐ CONSECUTIVE        WITH _____

☐ SUSPENDS EXECUTION OF SENTENCE. DEFENDANT IS PLACED ON PROBATION FOR A PERIOD OF _____ UNDER THE

SUPERVISION OF _____ BASED ON THE CONDITIONS SET FORTH IN THE ORDER OF PROBATION.

☐ SUSPENDS IMPOSITION OF SENTENCE. DEFENDANT IS PLACED ON PROBATION FOR A PERIOD OF _____ UNDER THE

SUPERVISION OF _____ BASED ON THE CONDITIONS SET FORTH IN THE ORDER OF PROBATION.

☐ FINES THE DEFENDANT $_____. THE COURT STAYS $_____ WITH THE REMAINDER DUE BY (DATE) _____.

---

THE COURT FURTHER ORDERS:

☒ THE CLERK TO DELIVER A CERTIFIED COPY OF THE JUDGMENT AND COMMITMENT TO THE SHERIFF.

☒ THE SHERIFF TO AUTHORIZE ONE ADDITONAL OFFICER/GUARD TO TRANSPORT DEFENDANT TO DIVISION OF ADULT INSTITUTIONS.

☒ THAT JUDGMENT IS ENTERED IN FAVOR OF THE STATE OF MISSOURI AND AGAINST THE DEFENDANT FOR THE SUM OF $46.00

☒ JUDGMENT FOR THE STATE OF MISSOURI AND AGAINST THE DEFENDANT FOR APPOINTED COUNSEL SERVICES IN THE SUM OF $150.00.

☒ COSTS TAXED AGAINST  *State*

☐ COSTS WAIVED

☐ THE FOLLOWING SPECIAL CONDITIONS OF PROBATION:

☐ OTHER, SEE ATTACHED.

☐ §217.785 RSMo  MISSOURI POST CONVICTION DRUG TREATMENT PROGRAM

   ☐ NON-INSTITUTIONAL        ☐ INSTITUTIONAL

☐ §217.362 RSMo  LONG TERM TREATMENT PROGRAM FOR COCAINE DEPENDENTS

☐ §217.378 RSMo  REGIMENTED DISCIPLINE PROGRAM

☐ §217.777 RSMo  COMMUNITY CORRECTIONS PROGRAM FOR INTENSIVE SUPERVISION

---

(SEAL OF CIRCUIT COURT)

CASE HEARD BY: JUDGE _____ DIVISION

I CERTIFY THAT THE ABOVE IS A TRUE COPY OF THE ORIGINAL JUDGMENT AND SENTENCE OF THE COURT IN THE ABOVE CAUSE, AS IT APPEARS ON RECORD IN MY OFFICE.

ISSUED ON *Oct. 28, 1996*
DATE

_____
CLERK

-193

```
                    * * * CONFIDENTIAL - COURT USE ONLY * * *
CRCLDOC              32TH JUDICIAL CIRCUIT - CAPE GIRARDEAU          PAGE    4
1-06-1996                    CRIMINAL DOCKET SHEET
3:22:17              FROM MAY 30, 1996 TO NOV. 06, 1996
```

CASE STATUS: DISPOSED                        CASE NUMBER: CR0596-000840F
 PROSECUTOR: KEVIN ZOELLNER                    CASE FILED: 05-30-1996

EFENDANT  1: KINDLE, JEROME                  STATUS: DISPOSED
--------------------------------------------------------------------------------

0-28-1996
 DEFT SENTENCE       DIV: 2    APPEARANCE: PA,DEF ATTY,DEFT
                     CIRCUIT JUDGE: JOHN W GRIMM
                     PROSECUTOR: IAN D SUTHERLAND
                     DEF ATT:  WAYNE R WILLIAMS
                     COSTS TO: STATE               ALLOCUTION
                     COUN IS EFFECTIVE
                     EXTRA DEPUTY ALLOWED       CERT COPY TO SHERIFF
 CVC JUDG ORDERED    AMOUNT:       $46.00       DIV: 2
                     CIRCUIT JUDGE: JOHN W GRIMM
 ATT FEES ORDERED    AMOUNT:      $150.00       DIV: 2
                     CIRCUIT JUDGE: JOHN W GRIMM
 SENTENCE            CHARGE: 1      DIV: 2
                     CIRCUIT JUDGE: JOHN W GRIMM
   INCARCERATION     4 YEARS       STAYED DATE:
                     AGENCY: DEPARTMENT OF CORRECTIONS
                     CREDIT FOR: TIME SERVED
                     CONCURRENT WITH CR0596-000841F  ALL OTHER CHARGES

```
                    * * * CONFIDENTIAL - COURT USE ONLY * * *
CRCLDOC              32TH JUDICIAL CIRCUIT - CAPE GIRARDEAU        PAGE    3
1-06-1996                 CRIMINAL DOCKET SHEET
3:22:17             FROM MAY 30, 1996 TO NOV. 06, 1996
```

```
CASE STATUS: DISPOSED                   CASE NUMBER: CR0596-000840F
PROSECUTOR: KEVIN ZOELLNER               CASE FILED: 05-30-1996

DEFENDANT 1: KINDLE, JEROME                      STATUS: DISPOSED
```
-------------------------------------------------------------------------------

```
08-02-1996
  CALENDAR-AR         DIV: 2   DATE: 08-12-1996  TIME:  9:00 AM  SETTING NO:
                      ACTIVITY: ARRAIGNMENT      SETTING TYPE: ON THE R
                      RESULT:   HELD

08-05-1996
  MOTION FILED        OTHER - SEE MEMO
                      DIV FILED: 2                REQUESTOR: PROSECUTOR
      MEMO            INFORMATION IN A FELONY CASE FILED BY IAN SUTHERLAND.

08-12-1996
  ARRAIGNMENT         CHARGE: 1      DIV: 2      RESULT: NG PLEA ENTERED
                      CIRCUIT JUDGE: JOHN W GRIMM
                      COURT REPORTER: RUSSELL WELDER
                      LENGTH: 1 DAY
  ARRAIGNMENT         CHARGE: 2      DIV: 2      RESULT: NG PLEA ENTERED
                      CIRCUIT JUDGE: JOHN W GRIMM
                      COURT REPORTER: RUSSELL WELDER
                      LENGTH: 1 DAY
      MEMO            CAUSE CONTINUED TO 9-9-96 FOR AN APPEARANCE.  DEFENDANT
                      REMANDED TO SHERIFF.
  CALENDAR-AP         DIV: 2   DATE: 09-09-1996  TIME:  1:30 PM  SETTING NO:
                      ACTIVITY: APPEARANCE       SETTING TYPE: ON THE R
                      RESULT:   HELD

09-09-1996
  NOLLE PROSSED       CHARGE: 2      DIV: 2      RESULT: DISMISSED BY ST
                      CIRCUIT JUDGE: JOHN W GRIMM
                      COURT REPORTER: RUSSELL WELDER
                      LENGTH: 1 DAY
      MEMO            NOLLE PROSEQUI FILED BY STATE DISMISSING COUNT II.
  APPEARANCE          CHARGE: 1      DIV: 2      RESULT: GUILTY PLEA
                      CIRCUIT JUDGE: JOHN W GRIMM
                      COURT REPORTER: RUSSELL WELDER
                      LENGTH: 1 DAY
      MEMO            PETITION TO ENTER PLEA OF GUILTY SIGNED AND FILED IN
                      OPEN COURT.  PSI ORDERED.  SENTENCING SET 10-28-96.
  CALENDAR-FD         DIV: 2   DATE: 10-28-1996  TIME:  1:30 PM  SETTING NO:
                      ACTIVITY: FINAL DISP       SETTING TYPE: ON THE R
                      RESULT:   HELD
  PS-ORDERED          P.S.I.                 AGENCY: MO BOARD OF PROBATION & PAROLE
                      ORDERED  - DIV: 2   DATE: 09-09-1996  DATE DUE: 10-25-1996

10-28-1996
  FINAL DISP HRNG     DIV: 2                     RESULT: SENTENCE ORDERED
                      CIRCUIT JUDGE: JOHN W GRIMM
                      COURT REPORTER: RUSSELL WELDER
                      LENGTH: 1 DAY
```

189

```
            * * * CONFIDENTIAL - COURT USE ONLY * * *
PCRCLDOC          32TH JUDICIAL CIRCUIT - CAPE GIRARDEAU          PAGE    2
.1-06-1996                 CRIMINAL DOCKET SHEET
.3:22:17              FROM MAY 30, 1996 TO NOV. 06, 1996
```

CASE STATUS: DISPOSED                      CASE NUMBER: CR0596-000840F
PROSECUTOR: KEVIN ZOELLNER                 CASE FILED: 05-30-1996

DEFENDANT  1: KINDLE, JEROME                       STATUS: DISPOSED
----------------------------------------------------------------------------

06-10-1996
                    ASSOC CIRC JUDGE: GARY A KAMP
    MEMO            STATE BY KIMBERLY ESSARY, ASS'T PROSECUTING ATTORNEY.
                    DEFENDANT IN PERSON, IN CUSTODY OF SHERIFF AND BY
                    CHARLES TAYLOR, ATTORNEY.
    CALENDAR-PH     DIV: 3   DATE: 07-10-1996  TIME: 11:30 AM  SETTING NO:
                    ACTIVITY: PRELIM HEARING   SETTING TYPE: NONE
                    RESULT:   CONTINUED
    MEMO            DEFENDANT REMANDED TO CUSTODY OF SHERIFF.

07-10-1996
    DEF ATT WITHDRAW  DEFENSE ATTORNEY: CHARLES W TAYLOR
    DEF ATTY          DEFENSE ATTORNEY: WAYNE R WILLIAMS JR
                      TYPE OF ATTORNEY: PUBLIC DEFENDER
    PRELIM HEARING    DIV: 3                      RESULT: CONTINUED
                      REASON: ATTY CONFLICT    REQUESTOR: DEFENSE
                      ASSOC CIRC JUDGE: GARY A KAMP
    MEMO              AT REQUEST OF WAYNE WILLIAMS, ATTORNEY, CAUSE RESET
                      FOR PRELIMINARY HEARING. PA NOTIFIED
    CALENDAR-PH       DIV: 3   DATE: 08-02-1996  TIME:  1:30 PM  SETTING NO:
                      ACTIVITY: PRELIM HEARING   SETTING TYPE: NONE
                      RESULT:   HELD

07-11-1996
    MOTION FILED      FOR REDUCTION OF BOND
                      DIV FILED: 3                REQUESTOR: DEFENSE

08-02-1996
    PRELIM HEARING    CHARGE: 1      DIV: 3      RESULT: BOUNDOVER W/O PH
                      ASSOC CIRC JUDGE: GARY A KAMP
    PRELIM HEARING    CHARGE: 2      DIV: 3      RESULT: BOUNDOVER W/O PH
                      ASSOC CIRC JUDGE: GARY A KAMP
    MEMO              STATE BY KEVIN ZOELLNER, ASSISTANT PROSECUTING
                      ATTORNEY. DEFENDANT IN PERSON, IN CUSTODY OF SHERIFF
                      AND BY JIM SPRADLING, ON BEHALF OF WAYNE WILLIAMS,
                      ATTORNEY. DEFENDANT REQUEST TO WAIVE PRELIMINARY
                      HEARING. REQUEST GRANTED. AFTER ADVISING DEFENDANT OF
                      HIS RIGHTS, COURT FINDS HE HAS FREELY, KNOWINGLY AND
                      VOLUNTARILY WAIVES RIGHT TO PRELIMINARY HEARING. COURT
                      ORDERS DEFENDANT BOUND TO CIRCUIT COURT, DIVISION II,
                      RETURNABLE 8/12/96. DEFENDANT REMANDED TO CUSTODY OF
                      SHERIFF.
    CASE FILED        COURT LEVEL: CIRCUIT        DOCUMENT: INFORMATION
    JUDGE ASSIGNED    CIRCUIT JUDGE: JOHN W GRIMM
    PA ASSIGNED       PROSECUTOR: KEVIN ZOELLNER
    DEF ATTY          DEFENSE ATTORNEY: WAYNE R WILLIAMS JR
                      TYPE OF ATTORNEY: PUBLIC DEFENDER
```

_190

```
                  * * * CONFIDENTIAL - COURT USE ONLY * * *
PCRCLDOC               32TH JUDICIAL CIRCUIT - CAPE GIRARDEAU       PAGE      1
1-06-1996                    CRIMINAL DOCKET SHEET
3:22:17                 FROM MAY 30, 1996 TO NOV. 06, 1996
```

CASE STATUS: DISPOSED                          CASE NUMBER: CR0596-000840F
PROSECUTOR: KEVIN ZOELLNER                     CASE FILED: 05-30-1996

DEFENDANT(S): 1: KINDLE, JEROME D
-----------------------------------------------------------------------------
DEFENDANT 1: KINDLE, JEROME                    STATUS: DISPOSED
DEFENSE ATTORNEY: WAYNE R WILLIAMS JR          INC: CAPE GIRARDEAU CO JAIL

  FILED: COMPLAINT            05-30-1996    COURT LEVEL: ASSOCIATE
    1: BURGLARY 2ND DEGREE                  FEL    BOUNDOVER W/O PH  08-02-1996
       OCN:              COUNT:    1
    2: STEALING                             FEL    BOUNDOVER W/O PH  08-02-1996
       OCN:              COUNT:    2

  FILED: INFORMATION          08-02-1996    COURT LEVEL: CIRCUIT
    1: BURGLARY 2ND DEGREE                  FEL    GUILTY PLEA       09-09-1996
       OCN:              COUNT:    1
    2: STEALING                             FEL    DISMISSED-STATE   09-09-1996
       OCN:              COUNT:    2
-----------------------------------------------------------------------------

05-30-1996
  CASE FILED        COURT LEVEL: ASSOCIATE     DOCUMENT: COMPLAINT
  JUDGE ASSIGNED    ASSOC CIRC JUDGE: GARY A KAMP
  PA ASSIGNED       PROSECUTOR: KEVIN ZOELLNER
  WARRANT ISSUED    DIV: 3  NUMBER: 4170        REASON: PROBABLE CAUSE
                    RETURNED: 05-31-1996        RESULT: RETURNED
  BOND SET          CHARGE(S): ALL   DIV: 3    AMOUNT:   $7,500.00
                    TYPE: APPEARANCE

05-31-1996
  WARRANT RESOLVED  NUMBER: 4170                RESULT: RETURNED
                    SERVED: 05-30-1996   BY: CAPE GIRARDEAU CO SHERIFF

06-03-1996
  INIT ARRAIGNMENT  CHARGE: 1      DIV: 3       RESULT: FRML ARRG WAIVED
                    ASSOC CIRC JUDGE: GARY A KAMP
  INIT ARRAIGNMENT  CHARGE: 2      DIV: 3       RESULT: FRML ARRG WAIVED
                    ASSOC CIRC JUDGE: GARY A KAMP
  CALENDAR-AP       DIV: 3   DATE: 06-10-1996  TIME:  1:00 PM  SETTING NO:
                    ACTIVITY: APPEARANCE       SETTING TYPE: NONE
                    RESULT:   HELD
  MEMO              CAUSE CONTINUED FOR ASSIGNMENT OF AN ATTORNEY WITHIN
                    THE PUBLIC DEFENDER'S OFFICE.  DEFENDANT REMANDED TO
                    CUSTODY OF SHERIFF.

06-05-1996
  DEF ATTY          DEFENSE ATTORNEY: CHARLES W TAYLOR
                    TYPE OF ATTORNEY: PUBLIC DEFENDER

06-10-1996
  APPEARANCE        CHARGE: 1      DIV: 3       RESULT: SET PRELIM
                    ASSOC CIRC JUDGE: GARY A KAMP
  APPEARANCE        CHARGE: 2      DIV: 3       RESULT: SET PRELIM
```

191