**E-FILED**
Thursday, 23 June, 2005  09:26:28 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES COURT OF APPEALS

### SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

**FILED**
JUN 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: District Court Clerk's Office

RE: Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.: 05-2741                    Docketed on: 6/14/05
Short Caption:       USA v. Kindle, Jerome
District Court Judge: Jeanne E. Scott
District Court No.:  03 CR 30020

If you have any questions regarding this appeal, please call this office.

(1003-012490)