E-FILED
Thursday, 23 June, 2005 10:57:23 AM
Clerk, U.S. District Court, ILCD

## NOLL LAW OFFICE

802 South Second Street
Springfield, Illinois 62704
(217) 544-8441
Fax (217) 544-8775
email: noll@noll-law.com



Jon Gray Noll

Conrad Noll, Jr.
1909-1990

June 21, 2005

Ms. Cathy Sullivan, Court Reporter
U.S. District Court
Federal Building
6th and Monroe Streets
Springfield, IL 62701

**FILED**

JUN 2 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Subject:    U.S. v. Jerome Kindle
            Case No. 03-30020

Reference:  31-1926

Dear Ms. Sullivan:

With this letter, we place an order with you for the transcript of the sentencing hearing in the above captioned case, heard before Judge Jeanne E. Scott on June 3, 2005.

This order is lodged with you by Order of the United States Court of Appeals for the Seventh Circuit, Chicago, Illinois, a copy of which is attached hereto for your records. As you will note, briefing in Mr. Kindle's appeal has been temporarily suspended pending appointment of new counsel to represent him on appeal.

On June 7, 2005, Judge Scott found Mr. Kindle to be indigent, and entered a docket entry to that effect. Therefore, you will also find enclosed a copy of the CJA Form 24, Authorization and Voucher for Payment of Transcript, for your services rendered pursuant to this order.

If you have any questions regarding this matter, please contact us at your earliest convenience.

Thank you for your assistance and cooperation on this matter.

Very truly yours,

Jon Gray Noll

cc:    U. S. Court of Appeals, Case No. 05-2741
       Jerome Kindle
       Clerk of the Court, Central District of Illinois, Case No. 03-20020

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

June 16, 2005

**By the Court:**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff-Appellee,<br><br>No. 05-2741　　　　　　　v.<br><br>JEROME KINDLE,<br>　　　Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 03 CR 30020<br>]<br>] Jeanne E. Scott,<br>]　　　Judge. |

### O R D E R

The court, on its own motion, SUSPENDS briefing in this appeal pending appointment of new counsel to represent defendant-appellant Jerome Kindle.

IT IS FURTHER ORDERED that Attorney Jon G. Noll comply with the provisions of Fed. R. App. P. 10(b) regarding the preparation of the transcripts. Attorney Jon G. Noll must file a statement regarding his compliance with this order no later than June 30, 2005.

# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Jerome Kindle | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 03-20020 | 5. APPEALS DKT./DEF. NUMBER 05-2741 | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. Kindle | 8. PAYMENT CATEGORY ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☒ Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant ☒ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) | |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

21 U.S.C. 841(a)(1) & 841(b)(1)(B); 18 U.S.C. 924(c)

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)

Appeal

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

Sentencing hearing, June 3, 2005

**14. SPECIAL AUTHORIZATIONS** — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: [signed]   Date: 6/21/05
Printed Name: Jon Gray Noll
Telephone Number: 217/544-8441
☐ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court: _____
Date of Order: _____   Nunc Pro Tunc Date: _____

## CLAIM FOR SERVICES

**17. COURT REPORTER/TRANSCRIBER STATUS**
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

**18. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE**

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

**TOTAL AMOUNT CLAIMED:** _____

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: _____   Date: _____

## ATTORNEY CERTIFICATION

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk: _____   Date: _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court: _____  Date: _____ | |