AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

E-FILED
Wednesday, 27 July, 2005 09:17:22 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central District of Illinois

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | |
| JEROME KINDLE | Case Number: 03-30020-001 |
| | USM Number: 13999-026 |
| | Jeffrey Page and Jon Noll |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  6 and 8

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐ was found guilty on count(s) _____
    after a plea of not guilty.

**FILED**
**JUN  9 2005**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 21 USC §841(a)(1) and 841 (b)(1)(B) | Possession of 5 or More Grams of Cocaine Base ("Crack") | 2/4/2003 | 6 |
| 18 USC §924(c) | Possession of a Firearm in Furtherance orf a Drug Trafficking Crime | 2/4/2003 | 8 |

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)  1-5 and 7    ☐ is    ☑ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/3/2005
Date of Imposition of Judgment

s/Jeanne E. Scott
Signature of Judge

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
By s/Christy Taylor
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 6/9/05

ANNE E. SCOTT,    United States District Judge
Name and Title of Judge

June 8, 2005
Date

AO 245B    (Rev. 12/03) Judgment in Criminal Case
         Sheet 2 — Imprisonment

DEFENDANT: JEROME KINDLE
CASE NUMBER: 03-30020-001

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

225 Months. This term consists of 165 months on count 6 and 60 months on count 8 to run consecutive.

☑ The court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be placed in the facility at Greenville, IL, if possible.
2. That the defendant be placed in a facility with an Intensive Drug Treatment Program and allowed to participate upon eligibility.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____.

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before    p.m. on _____.

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 7-19-05 to Linda Sanders

a FCC Forrest City, Iow , with a certified copy of this judgment.

By _____ WARDEN