E-FILED
Wednesday, 03 August, 2005  03:44:01 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 29, 2005

By the court:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee, | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 05-2741                    v. | ] Illinois.<br>] |
| JEROME KINDLE,<br>    Defendant-Appellant. | ] No. 03 CR 30020<br>]<br>] Jeanne E. Scott,<br>]     Judge. |

On the court's own motion, **IT IS ORDERED** that attorney Alexander T. Nguyen, Kirkland and Ellis, 200 E. Randolph Drive, Chicago, IL 60601, is appointed to represent defendant-appellant Jerome Kindle pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.

**IT IS FURTHER ORDERED** that attorney Jon Gray Noll is **DISCHARGED** as counsel for defendant-appellant Jerome Kindle.

**IT IS ALSO FURTHER ORDERED** that counsel shall file a Circuit Rule 3(c) docketing statement on behalf of defendant-appellant on or before August 19, 2005.

Briefing shall proceed as follows:

1. Defendant-appellant shall file his brief and required short appendix on or before September 27, 2005.

2. Plaintiff-appellee shall file its brief on or before October 27, 2005.

3. Defendant-appellant shall file his reply brief, if any, on or before November 10, 2005.

Note:   Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.