E-FILED
Tuesday, 13 September, 2005  04:20:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) The Honorable Jeanne E. Scott |
| JEROME KINDLE | ) Case No. 03-cr-30020-JES-1 |
| Defendant. | ) |

FILED
SEP 1 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW RECORD ON APPEAL

Pursuant to FED. R. APP. P. 11 and Seventh Circuit Rule 11(d), Defendant Jerome Kindle ("Mr. Kindle"), by and through the undersigned counsel, moves to withdraw his record on appeal. In support of his motion, Mr. Kindle states as follows:

1. On July 29, 2005, counsel was appointed to represent Appellant Mr. Kindle pursuant to the Criminal Justice Act. *See* General Docket of the United States Court of Appeals for the Seventh Circuit, Ex. 1.

2. Counsel for Mr. Kindle moves to withdraw the record on appeal for use in preparing the Appellant's brief due September 27, 2005. Ex. 1.

3. On September 8, 2005 plaintiff's counsel, David E. Risley, represented to counsel for defendant that he does not oppose this Motion.

4. This Motion will constitute a receipt to the clerk who has physical custody of the record on appeal.

5. Counsel for Mr. Kindle will timely return the record on appeal to the clerk's office from which it was withdrawn.

Dated: September 8, 2005                Respectfully submitted,

*Alexander T.H. Nguyen* (signature)

Alexander T.H. Nguyen
KIRKLAND & ELLIS LLP
200 East Randolph Dr.
Chicago, IL 60601
(312) 861-2000
Attorney for Defendant
JEROME KINDLE

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | The Honorable Jeanne E. Scott |
| JEROME KINDLE ) | Case No. 03-cr-30020-JES-1 |
| Defendant. ) | |

ORDER

Defendant's Unopposed Motion For Leave To Withdraw Record On Appeal is hereby granted.

_____
Jeanne E. Scott
United States District Court

## Certificate Of Service

The undersigned, counsel of record for Defendant-Appellant Jerome Kindle, certifies that on September 8, 2005 a true and correct copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW RECORD ON APPEAL and ORDER was served upon the following counsel of record by overnight mail, postage prepaid.

> David E. Risley
> Office of the United States Attorney
> 318 S. Sixth Street
> Springfield, IL 62701

_____
Alexander T.H. Nguyen
KIRKLAND & ELLIS LLP
Attorney for Defendant
JEROME KINDLE

```
                                                              05-2741
Nsuit:     0
USA v. Kindle, Jerome
Appeal from: United States District Court
criminal - criminal - conviction/sentence - none    PRO SE
Filed: 6/14/05
Fee status: informa pauperis
```

### Case Associations

```
Prior cases:
   None
Current cases:
   None
```

### Lower Court Information

```
     Central District of Illinois: 03 CR 30020
     Ordering Judge: Jeanne E. Scott, Judge
     Court Reporter: Kathy Sullivan, Court Reporter
     Date Filed: 3/6/03         City Filed: Springfield
     Date order/judgment: 6/9/05
     Date NOA filed: 6/9/05
```

### Caption

```
UNITED STATES OF AMERICA,
             Plaintiff - Appellee
  v.

JEROME KINDLE,
             Defendant - Appellant
```

### Counsel Information

```
UNITED STATES OF AMERICA          David E. Risley
     Plaintiff - Appellee          FAX 217/492-4512
                                   217/492-4450
                                   [COR LD NTC ret]
                                   OFFICE OF THE UNITED STATES
                                   ATTORNEY
                                   318 S. Sixth Street
                                   Springfield, IL 62701
                                   USA


  v.


JEROME KINDLE                      Alexander T. Nguyen
     Defendant - Appellant         FAX 312/861-2200
                                   312/861-3427
                                   [COR LD NTC cja]
                                   KIRKLAND & ELLIS
                                   200 E. Randolph Drive
                                   Chicago, IL 60601
                                   USA
```

EXHIBIT "1"

```
                              Jerome Kindle
                              #13999-026
                              [COR LD NTC pro]
                              FEDERAL CORRECTIONAL
                              INSTITUTION
                              P.O. Box 7000
                              Forrest City, AR 72336
                              USA
```

**Docket**

| | |
|---|---|
| 6/14/05 | Criminal case docketed. [05-2741] [1871568-1] Transcript information sheet due 6/24/05. Appellant's brief due 7/25/05 for Jerome Kindle. Docketing Statement due 6/16/05. (amyd) |
| 6/16/05 | ORDER: The court, on its own motion, orders that briefing is SUSPENDED pending a ruling on the appointment of new counsel to represent appellant Jerome Kindle. Attorney Jon G. Noll shall comply with the provisions of FRAP 10(b) regarding the preparation of the transcripts. Attorney Jon G. Noll must file a statement regarding his compliance with this order no later than June 30, 2005. [1871568-1] DW [05-2741] (tiff) |
| 6/23/05 | Filed Appellant Jerome Kindle statement of compliance. [05-2741] [1871568-1] (hudk) |
| 7/29/05 | ORDER: Attorney Jon G. Noll is DISCHARGED as counsel for Jerome Kindle. IT IS FURTHER ORDERED that Attorney Alexander T. Nguyen is APPOINTED to represent Appellant Jerome Kindle pursuant to the Criminal Justice Act. Briefing will proceed as follows: [1871568-1] DW [05-2741] Appellant's brief due 9/27/05 for Jerome Kindle. Appellee's brief due 10/27/05 for USA. Appellant's reply brief, if any, is due 11/10/05 for Jerome Kindle. Docketing Statement due 8/19/05. (chri) |