E-FILED
Tuesday, 04 October, 2005  04:47:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 03-30020 |
| ) | |
| JEROME KINDLE, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO WITHDRAW RECORD

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney David E. Risley, moves to withdraw the record, and states:

1.  The defendant has filed a direct appeal with the United States Court of Appeals for the Seventh Circuit. Circuit Rule 11(d) provides that an attorney for a party may withdraw the record during the time allowed for the preparation of a brief on appeal by giving a receipt to the clerk who has physical custody of the record.

2. On September 27, 2005, the defendant filed his brief with the Seventh Circuit. In order to prepare the government's reply brief, it is necessary that the government review the transcripts in the record.

3. Accordingly, the government requests that it be allowed to withdraw the transcripts in the record. The government will promptly return the transcripts to the clerk's office upon completion of the government's brief or upon notice that the United States Court of Appeals for the Seventh Circuit has requested transmittal of the record, whichever is earlier.

WHEREFORE, the government requests that it be allowed to withdraw the transcripts in the record.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/ David E. Risley
David E. Risley, Illinois Bar No. 6180387
Assistant United States Attorney
318 South Sixth Street
Springfield, IL  62701
Telephone: (217) 492-4450
Fax: (217) 492-4512
david.risley@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2005, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and **mailed** a copy of said Motion to the following:

    Alexander T. Nguyen
    *Attorney for Defendant-Appellant*
    Kirkland & Ellis
    200 East Randolph Drive
    Chicago, IL  60601

    s/    David E. Risley
    David E. Risley, Illinois Bar No. 6180387
    Assistant United States Attorney
    318 South Sixth Street
    Springfield, IL 62701
    (217) 492-4450
    Fax: (217) 492-4512
    david.risley@usdoj.gov