**E-FILED**
Friday, 07 October, 2005  03:29:26 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 217.492.4020
FAX: 217.492.4028

### OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

October 5, 2005

David Risley
US ATTORNEY'S OFFICE
318 S. Sixth Street
Springfield, IL   62701-1806

   RE: USA V JEROME KINDLE
     D. C. Docket No. 03-30020
     U. S. C. A. Docket No.  05-2741

Dear Mr. Risley:

   Enclosed please find the Appeal Record for the above captioned case consisting of:

   Other:  ONE VOLUME OF TRANSCRIPT

   Any trial exhibits in this case will be included in the record on appeal sent to the Court of Appeals with the record.  They may be viewed by any party in the Clerk's Office but are not allowed to be sent to attorneys, in accordance with FRAP, Circuit Rule 11(d).

   If there are any sealed or in camera documents in this case, they will also accompany the record sent to the Court of Appeals.

   Please acknowledge receipt of the record on the enclosed copy of this letter.  **UPON COMPLETION OF REVIEW OF RECORD PLEASE RETURN TO CLERK'S OFFICE ONLY.**

       Very truly yours,

       JOHN M. WATERS, CLERK


       BY:_s/M. Cooke_____
        Deputy Clerk

Enclosures

This is to acknowledge receipt of Appeal Record on _____10/5_____, 2005..

      _____s/Lisa Hopps_____