

# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

        RE: USA v. JEROME KINDLE
        D. C. Docket No. 03-30020
        U. S. C. A. Docket No. 05-2741

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    ONE (1)  Volume of Pleadings

    ONE (1) Transcript

    Other (specify):   THREE (3) Sealed Documents

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        JOHN M. WATERS, CLERK


        BY:___s/Marleen Cooke_____
            Deputy Clerk

35, APPEAL

# U.S. District Court
## Central District of Illinois (Springfield)
## CRIMINAL DOCKET FOR CASE #: 3:03-cr-30020-JES-ALL
### Internal Use Only

Case title: USA v. Kindle  
Magistrate judge case number: 3:03-mj-03008

Date Filed: 03/06/2003

Assigned to: Judge Jeanne E. Scott

**Defendant**

| | |
|---|---|
| **Jerome Kindle** (1)<br>*TERMINATED: 06/09/2005* | represented by **Alexander TH Nguyen**<br>KIRKLAND & ELLIS LLP<br>200 East Randolph<br>Chicago, IL 60601<br>312-861-2000<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Seventh Circuit Appointment*<br><br>**David B Mote**<br>FEDERAL PUBLIC DEFENDER<br>600 E Adams<br>2nd Floor<br>Springfield, IL 62701<br>(217) 492-5070<br>*TERMINATED: 07/02/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Jeffrey T Page**<br>TIMONEY & PAGE<br>808 S Second St<br>Springfield, IL 62704<br>217-522-1944<br>Fax: 217-523-2549<br>Email: timoneylawoffice@sbcglobal.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jon Gray Noll** |

NOLL LAW OFFICE
802 S Second St
Springfield, IL 62704
217-544-8441
Fax: 217-544-8775
Email: noll@noll-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ralph E Williams**
PO Box 3081
Springfield, IL 62708
(217) 414-8290
Email: rewlawdog@aol.com
*TERMINATED: 12/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE - On or about December 6, 2002 (Count 1), December 12, 2002 (Count 2), January 16, 2003 (Count 3), February 4, 2003 (Count 4), defendant knowingly and intentionally distributed a controlled substance, namely cocaine, in violation of 21:841(a)(1)<br>(1-4) | Dismissed upon motion of government. |
| 21:841A=NP.F NARCOTICS - POSSESSION - On or about February 4, 2003 at Springfield, Illinois defendant possessed with the intent to distribute cocaine in violation 21:841(a)(1)<br>(5) | Dismissed upon motion of government. |
| 21:841A=NP.F NARCOTICS - POSSESSION - On or about February 4, 2003 at Springfield, Illinois defendant possessed a controlled substance namely five or more grams of cocaine base ("crack") with the intent to distribute in violation of 21:841(a)(1) and (b)(1)(B)<br>(6) | Defendant sentenced to 225 months, this term consists of 165 months on count 6 and 60 on count 8 to run consecutively; 8 years supervised release on count 6 and 5 on count 8 to run concurrently; $200.00 mandatory special assessment. |
| 18:922G.F UNLAWFUL | |

TRANSPORT OF FIREARMS, ETC. - On or about February 4, 2003 at Springfield, Illinois, defendant was a felon in possession of a firearm in violation of 18: 922(g)
(7)

Dismissed upon motion of government.

18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN - On or about February 4, 2003 at Springfield, Illinois defendant possessed a firearm in furtherance of a drug trafficking crime in violation of 18:924(c)
(8)

Defendant sentenced to 225 months, this term consists of 165 months on count 6 and 60 on count 8 to run consecutively; 8 years supervised release on count 6 and 5 on count 8 to run concurrently; $200.00 mandatory special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

On or about March 6, 2002 through February 4, 2003 in Sangamon county, the defendant did knowingly or intentionally distributed cocaine in violation of 21:841(a)(1) [ 3:03-m - 3008 ]

**Disposition**

Dismissed upon motion of government.

**Plaintiff**

USA                                    represented by    **David E Risley**
                                                         US ATTY
                                                         318 S Sixth
                                                         Springfield, IL 62701-1806
                                                         (217) 492-4450
                                                         Fax: 492-4512
                                                         Email: david.risley@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | | |
|---|---|---|---|
| 02/04/2003 | | 1 | COMPLAINT Jerome Kindle (1) count(s) cmp before Mag. Judge Byron G. Cudmore [ 3:03-m -3008 ] (MR, ilcd) (Entered: 02/04/2003) |
| 02/04/2003 | | 2 | ARREST Warrant issued for Jerome Kindle by Mag. Judge Byron G. Cudmore [ 3:03-m -3008 ] (MR, ilcd) (Entered: 02/04/2003) |
| 02/04/2003 | | | MINUTES: before Mag. Judge Byron G. Cudmore. In chambers. Present AUSA Risley and FBI Special Agent Glenn Haas. Affiant sworn. Affidavit and Complaint executed. Court finds probable cause. Arrest warrant ordered to issue with no bond. File sealed pending further order of Court. (cc: all counsel) [ 3:03-m -3008 ] (MR, ilcd) (Entered: 02/04/2003) |
| 02/04/2003 | | | DEFENDANT Jerome Kindle arrested 2/4/03 [ 3:03-m -3008 ] (S, ilcd) (Entered: 02/07/2003) |
| 02/04/2003 | | | Docket Modification (Utility Event) stopping XM as of 2/4/03 arrest date [ 3:03-m -3008 ] (S, ilcd) (Entered: 02/07/2003) |
| 02/05/2003 | | | MINUTES: before Mag. Judge Byron G. Cudmore. Initial appearance held 2/5/03. AUSA David Risley present on behalf of the Govt. Oral motion by the Govt to unseal the file for this hearing ONLY. Dft Jerome Kindle present in custody without counsel. Dft advised of charges and penalties. Dft sworn and examined regarding financial status. Court finds dft indigent. Deputy Chief Federal Public Defender David Mote present and accepts appointment. First appearance of Jerome Kindle with Attorney David B Mote present. Govt seeks detention pending continuance/conclusion of Initial appearance. Dft Mote moves to continuance of Initial appearance, Preliminary & Detention hearing. Oral motion allowed. Continuance of Initial appearance, Preliminary & Detention hearing set for 2/7/03 at 2:00 p.m. Dft ordered temporarily detained. Dft remanded to the custody of the DEA pending further Order of the Court. Court orders case to be resealed and remain SEALED. (cc: all counsel, USM, USPO) [ 3:03-m -3008 ] (S, ilcd) (Entered: 02/05/2003) |
| 02/06/2003 | | 3 | ARREST Warrant returned executed as to Jerome Kindle 2/4/03 [ 3:03-m -3008 ] (S, ilcd) (Entered: 02/07/2003) |
| 02/07/2003 | | | MINUTES: before Mag. Judge Byron G. Cudmore. Continuation of Initial appearance, Preliminary and Detention hearing held 2/7/03. AUSA David Risley present on behalf of the Govt. Oral motion by the Govt to unseal the file. Motion allowed. Case Unsealed. Parties proffer regarding probable cause and detention. Court finds probable cause. Dft advised of rights. Court orders dft detained and remanded to the custody of the US Marshals. Govt to file proposed Order of Detention. (cc: all counsel, USM, USPO) [ 3:03-m -3008 ] (S, ilcd) (Entered: 02/10/2003) |
| 02/12/2003 | | 4 | NOTICE by plaintiff USA of filing detention order [ 3:03-m -3008 ] (MC, ilcd) (Entered: 02/13/2003) |
| 02/18/2003 | | 5 | ORDER of Detention of Jerome Kindle pending trial by Mag. Judge Byron G. Cudmore (cc: all counsel, USPO, USM). [ 3:03-m -3008 ] |

| | | |
|---|---|---|
| | | (MC, ilcd) (Entered: 02/18/2003) |
| 03/06/2003 | 6 | INDICTMENT by AUSA David E Risley. Counts filed against Jerome Kindle (1) count(s) 1-4, 5, 6, 7, 8 (MC, ilcd) (Entered: 03/07/2003) |
| 03/07/2003 | | MINUTES: before Mag. Judge Byron G. Cudmore arraignment set for 3/11/03 at 11:00 a.m. for Defendant Kindle at 600 E. Monroe, Springfield, IL. Courtroom 3. (cc: all counsel, USPO, U SM) (MC, ilcd) (Entered: 03/07/2003) |
| 03/11/2003 | | MINUTES: before Mag. Judge Byron G. Cudmore. Arraignment held 3/11/03. AUSA David Risley present on behalf of the Govt. Dft Jerome Kindle present with Deputy Chief Federal Public Defender David Mote. Dft advised of charges and penalties. Court finds dft competent. Dft waives reading of the Indictment. Dft Jerome Kindle arraigned; NOT GUILTY pleas entered to Counts 1-8; Attorney present; Pleas accepted. Final pretrial conference set 5/9/03 at 9:00 a.m.; Jury trial set 5/12/03 at 9:00 a.m. before Judge Jeanne E Scott. Previous Order of Detention to remain in full force and effect. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 03/11/2003) |
| 04/03/2003 | 7 | PRO SE MOTION to withdraw attorney by Jerome Kindle (MC, ilcd) (Entered: 04/03/2003) |
| 04/04/2003 | | MINUTES: before Judge Jeanne E. Scott. The Court has received Defendant's motion to withdraw attorney [7-1]. This matter is set for hearing on April 10, 2003 at 10:00 a.m. The Clerk is directed to send a copy of Defendant's motion to David Mote, Attorney for Defendant, and Assistant US Attorney David Risley. (cc: all counsel, USM) (MC, ilcd) (Entered: 04/04/2003) |
| 04/11/2003 | | MINUTES: before Judge Jeanne E. Scott. Hearing held regarding Defendant's letter indicating dissatisfaction with his attorney. Defendant was present in person and with his attorney David Mote. The Government was present by Assistant US Attorney Esteban Sanchez. Defendant indicates dissatisfaction with attorney Mote because he has not met with attorney Mote regarding discover in his case. Attorney Mote indicates that he received discovery in this case on the same day that the Court received the letter from Defendant, and that he expects to review discovery with Defendant next week. Therefore, the Court postpones this hearing until 4/16/03 at 4:00 p.m., so that Defendant and attorney Mote will have the opportunity to discuss discovery in this case. (cc: all counsel) (MR, ilcd) (Entered: 04/11/2003) |
| 04/17/2003 | | MINUTES: before Judge Jeanne E. Scott: MOTION HEARING. AUSA Esteban Sanchez present for government. Defendant present in person and with his attorney, David B. Mote. As stated of record: Defendant's motion to withdraw attorney [7-1] is withdrawn. Trial date will remain as previously set. Defendant remanded to the custody of the US Marshals. (cc: all counsel) (CT, ilcd) Modified on 04/17/2003 (Entered: 04/17/2003) |
| 04/23/2003 | 8 | MOTION to continue final pretrial and trial by Jerome Kindle (MC, ilcd) |

| | | |
|---|---|---|
| | | (Entered: 05/01/2003) |
| 05/05/2003 | | MINUTES: before Judge Jeanne E. Scott. The Court has received Defendant's Motion to Reset the final pretrial conference and the trial (d/e 8). The Government does not object to this Motion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of Defendant and the public in a speedy trial. 18 USC 3161 (h)(8)(A). The Motion to Rest is allowed. Therefore, the final pretrial conference set for 5/9/03 at 9:00 a.m. and the trial set for 5/12/03 at 9:00 a.m. are cancelled. The final pretrial conference is reset for 9:30 a.m. on 5/29/03 and the trial is set for 9:00 a.m. on 6/2/03. (cc: all counsel) (MR, ilcd) (Entered: 05/05/2003) |
| 05/22/2003 | 9 | MOTION to continue final pretrial and trial by Jerome Kindle (MC, ilcd) (Entered: 05/23/2003) |
| 05/27/2003 | | MINUTES: before Judge Jeanne E. Scott: The pretrial conference scheduled for 5/29/03 is canceled and RESET TO: WEDNESDAY, JULY 2, 2003, AT 11:30 AM. The trial date of 6/2/03 is canceled and RESET TO: MONDAY, JULY 7, 2003, AT 9:00 AM. (cc: all counsel) (CT, ilcd) (Entered: 05/27/2003) |
| 05/27/2003 | | MINUTES: before Judge Jeanne E. Scott. The Court has received defendant's motion to continue (d/e 9) the final pretrial conference and the trial in this case. Defendant States that he needs additional time to negotiate a possible plea with the Government. The government does not object to his motion to continue. Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of defendant and the public in a speedy trial. 18 USC 3161(h)(8)(A). The motion to continue is allowed. Defendant's final pretrial conference set for May 29, 2003 and his trial set for June 2, 2003 are cancelled. The final pretrial conference is reset for July 2, 2003 at 11:30 a.m. and the trial is reset for July 7, 2003 at 9:00 a.m. (cc: all counsel) (MC, ilcd) (Entered: 05/27/2003) |
| 07/02/2003 | | MINUTES: before Judge Jeanne E. Scott: PRETRIAL/MOTION HEARING. AUSA John Childress present for government. Defendant present in person and with his attorney David B. Mote. Attorney David Motes' Motion to withdraw as attorney of record because of conflict of interest granted. Attorney David Mote withdrawn as attorney for Jerome Kindle. Attorney Ralph Williams present and accepts appointment. Court makes an interest of justice finding. Defendant's motion for continuance of pretrial and trial granted. Pretrial hearing scheduled for Friday, September 12, 2003, at 10:30 am. Trial date of 7/7/03 is canceled and RESET TO: Monday, October 6, 2003, at 9:00 am. Defendant remanded to the custody of the US Marshals. (cc: all counsel) (CT, ilcd) (Entered: 07/02/2003) |
| 09/12/2003 | 10 | MOTION to continue pretrial and trial setting by Jerome Kindle (MC, ilcd) (Entered: 09/12/2003) |
| 09/12/2003 | | MINUTES: before Judge Jeanne E. Scott: PRETRIAL/MOTION |

| | | |
|---|---|---|
| | | HEARING. AUSA David Risley present for the government. Defendant present in person and with his attorney, Ralph Williams. The case was called for final pretrial conference. Defendant moved to continue final pretrial conference to a later date [10-1]. Argument was heard by the Court from Defendant on the motion; no objection was raised by the Government. THEREFORE, the Court canceled the final pretrial conference and set a status hearing for Tuesday, September 30, 2003, at 9:00 am to give the parties the opportunity to pursue a plea agreement. Trial remains set for Monday, October 6, 2003, at 9:00 am.. Defendant remanded to the custody of the US Marshals. (cc: all counsel) (CT, ilcd) Modified on 09/15/2003 (Entered: 09/12/2003) |
| 09/30/2003 | | MINUTES: before Judge Jeanne E. Scott: PRETRIAL/MOTION HEARING. AUSA David Risley present for the government. Defendant present in person and with his attorney, Ralph Williams. The case was called for status hearing. Defendant moved to continue the trial to allow the parties time to transcribe tape recordings on seven specific tapes that may affect the Defendant's plea. The Government supported Defendant's motion in the interests of justice. For the above stated reason, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of Defendant and the public in a speedy trial. 18 U.S.C. 3161(h)(8)(A). THEREFORE, the Court cancels the trial set for October 6, 2003. The final pretrial conference is reset for Friday, December 19, 2003, at 11:00 a.m., and the trial is reset for Monday, January 5, 2004, at 9 a.m. Counsel are directed to confer on the tape recordings that will be transcribed. Attorney Williams is directed to file a motion with the Court by October 15, 2003, if he is unsatisfied with the tape recordings transcribed by the Government. Defendant remanded to the custody of the U.S. Marshals. (cc: all counsel, USPO and USM) (CT, ilcd) (Entered: 09/30/2003) |
| 10/01/2003 | | Docket Modification (Utility Event) status hearing deadline satisfied (MC, ilcd) (Entered: 10/01/2003) |
| 12/19/2003 | 11 | MOTION to substitute attorney Ralph Williams by Jeffry Page and Jon Noll by Jerome Kindle (CT, ilcd) (Entered: 12/19/2003) |
| 12/19/2003 | 12 | APPEARANCE of Attorney for Jerome Kindle by Jon Gray Noll, Jeffrey T Page (CT, ilcd) (Entered: 12/19/2003) |
| 12/19/2003 | 13 | MOTION to continue pretrial and trial by Jerome Kindle (CT, ilcd) (Entered: 12/19/2003) |
| 12/19/2003 | | MINUTES: before Judge Jeanne E. Scott: PRETRIAL CONFERENCE: AUSA David Risley present for government. Defendant present in person with his attorney Ralph Williams and Jeffrey Page. Defendant's motion to substitute attorney Ralph Williams by Jeffrey Page and Jon Noll [11-1] is granted. Attorney Ralph E Williams excused for remainder of hearing. Defendant's Motion to continue trial [13-1], is granted. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of Defendant and the public in a speedy trial. 18 USC 3161 (h)(8)(A). Trial of 1/5/04 is canceled and RESET to: Monday March 29, |

| | | |
|---|---|---|
| | | 2004, at 9:00 am. A pretrial conference is scheduled for Friday, March 12, 2004, at 10:00 am. Pretrial Motions are to be filed by 1/26/04. Defendant remanded to US Marshals. (cc: all counsel) (CT, ilcd) (Entered: 12/19/2003) |
| 03/11/2004 | 14 | MOTION to continue trial setting by Jerome Kindle (MC, ilcd) (Entered: 03/12/2004) |
| 03/17/2004 | | MINUTES: before Judge Jeanne E. Scott. The Court has received Defendant Jerome Kindle's motion to continue trial setting [14-1]. Defendant Kindle requests a continuance to evaluate documents, and review options with the Government. The government does not object to Defendant's motion. For the above stated reason, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of Defendant and the public in a speedy trial. 18 USC 3161(h)(8)(A). THEREFORE, the Court cancels the final pretrial conference set for March 12, 2004 at 10:00 p.m. and trial set for March 29, 2004 at 9:00 a.m. The final pretrial conference is reset for May 14, 2004 at 10:00 a.m. and the trial is reset for June 7, 2004 at 9:00 a.m. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 03/17/2004) |
| 04/30/2004 | | MINUTES: before Judge Jeanne E. Scott: CHANGE OF PLEA. AUSA David Risley present for government. Defendant present in person and with his attorney, Jeffrey Page. Defendant sworn, examined by Court, advised of his rights and found competent to enter a knowing plea. Plea agreement discussed and entered of record. Jerome Kindle entered a guilty plea to counts 6 and 8 of the indictment. Defendant waived his right to appeal except a sentence above the maximum provided by statute and sentencing guidelines. Judgment entered on plea. PSR ordered. Sentencing hearing scheduled for Friday, August 27, 2004, at 11:00 am. Order on Implementation of Sentencing Guidelines entered. Defendant remanded to the custody of US Marshals. (cc: all counsel) (CT, ilcd) (Entered: 04/30/2004) |
| 04/30/2004 | 15 | ORDER on Implementation of Sentencing Guidelines by Judge Jeanne E. Scott (cc: all counsel) (CT, ilcd) (Entered: 04/30/2004) |
| 04/30/2004 | 16 | PLEA Agreement as to Jerome Kindle (CT, ilcd) (Entered: 04/30/2004) |
| 08/03/2004 | 17 | MOTION to Continue Sentencing by Jerome Kindle. (MC, ilcd) (Entered: 08/03/2004) |
| 08/06/2004 | | TEXT ORDER: The Court has received Defendant's Motion to Continue (d/e 17). Defendant Jerome Kindle asserts that Blakely v. Washington, ___ U.S. ___, 124 S.Ct. 2531 (2004), is applicable in his case, and asks the Court for a continuance to allow the Supreme Court to determine if its holding in Blakely applies to the United States Sentencing Guidelines. The Government does not object to Defendant's Motion. THEREFORE, Defendant's Motion to Continue is ALLOWED. Defendant's sentencing hearing set for August 27, 2004, at 11:00 a.m. is canceled, and reset for December 17, 2004, at 1:30 p.m. Entered by Judge Jeanne E. Scott on 8/6/04. (cc: all counsel, USM and USPO)(CT, ilcd) (Entered: |

| | | 08/07/2004) |
|---|---|---|
| 11/24/2004 | 18 | Second MOTION to Continue *Sentencing* by Jerome Kindle. (Noll, Jon) (Entered: 11/24/2004) |
| 12/01/2004 | | TEXT ORDER: the Court has received Defendant's Second Motion to Continue (d/e 18). Defendant Jerome Kindle asserts that Blakely v. Washington, ___ U.S. ___, 124 S.Ct. 2531 (2004), is applicable in his case, and asks the Court for a continuance to allow the Supreme Court to determine if its holding in Blakely applies to the United States Sentencing Guidelines. The Government does not object to Defendant's Motion. THEREFORE, Defendant's Motion to Continue is ALLOWED. Defendant's sentencing hearing set for December 17, 2004, at 1:30 p.m. is CANCELLED, and RESET for March 18, 2005, at 2:30 p.m. Entered by Judge Jeanne E. Scott on 12/1/2004. (cc: all counsel)(CT, ilcd) (Entered: 12/01/2004) |
| 03/02/2005 | 19 | MOTION to Continue *Sentencing* by Jerome Kindle. (Noll, Jon) (Entered: 03/02/2005) |
| 03/02/2005 | | TEXT ORDER: the Court has received Defendant's Motion to Continue (d/e 19). Defendant Jerome Kindle requests a 60-day continuance to continue ongoing negotiations with the Government. The Government does not object to Defendant's Motion. THEREFORE, Defendant's Motion to Continue is ALLOWED. Defendant's sentencing hearing set for March 18, 2005, at 2:30 p.m., is CANCELLED, and RESET for June 3, 2005, at 1:30 p.m. Entered by Judge Jeanne E. Scott on 3/2/2005. (cc: all counsel) (CT, ilcd) (Entered: 03/02/2005) |
| 05/31/2005 | 20 | SENTENCING MEMORANDUM by Jerome Kindle (Noll, Jon) (Entered: 05/31/2005) |
| 06/03/2005 | | MINUTE ENTRY for proceeding before Judge Jeanne E. Scott: SENTENCING HEARING. AUSA David Risley present for government. Defendant present in person and with his attorneys, Jon Noll and Jeffrey Page. Defendant's objections to the PSR heard and argued. Court gave a ruling on all of defendant's objections. Other than paragraph 29 the Court adopted the factual findings of the PSR as its Own. Arguments of counsel heard regarding sentencing. Court followed recommendations from the US v Booker case. Government's motion for downward departure granted. Defendant exercised his right of allocution and addressed the Court. Defendant sentenced to 165 months on count 6 and 60 months on count 8 to run consecutively; 8 years supervised release on count 6 and 5 years on count 8 to run concurrently; $200 special assessment. Rights of appeal given. Government's motion to dismiss any remaining counts granted. Defendant remanded to the custody of the US Marshals. (Court Reporter K. Sullivan.) (CT, ilcd) (Entered: 06/06/2005) |
| 06/06/2005 | 21 | Court Sentencing Exhibit re: Jerome Kindle. (MC, ilcd) (Entered: 06/06/2005) |
| 06/06/2005 | 25 | COURT'S SENTENCING EXHIBIT 2 (CT, ilcd) (Entered: 06/08/2005) |

| | | |
|---|---|---|
| 06/07/2005 | | TEXT ORDER: the Court has received the June 6, 2005, letter of Defendant's counsel, Jon Gray Noll. Attorney Noll's letter requests that the Court direct the Clerk of the Court to enter a Notice of Appeal on behalf of Defendant Kindle on the issue of his determination as a Career Offender, under United States Sentencing Guideline Sec. 4B1.1. Attorney Noll also represents to the Court that Defendant Kindle is indigent, and the Court finds that he is indigent. THEREFORE, the Court hereby directs the Clerk of the Court to enter Attorney Noll's letter into the record, and to file a Notice of Appeal on behalf of Defendant Kindle. This Court orders that a transcript of the trial court proceedings be prepared and furnished Defendant without charge for purposes of appeal. The Court refers the matter to the Seventh Circuit Court of Appeals for the purpose of appointing counsel to handle the appeal. Entered by Judge Jeanne E. Scott on 6/7/05. (MC, ilcd) (Entered: 06/07/2005) |
| 06/07/2005 | 22 | Letter from Jon Noll. (MC, ilcd) (Entered: 06/07/2005) |
| 06/07/2005 | 23 | NOTICE OF APPEAL by Jerome Kindle (MC, ilcd) (Entered: 06/07/2005) |
| 06/07/2005 | 24 | Short Record of Appeal as to Jerome Kindle sent to US Court of Appeals re 23 Notice of Appeal - Final Judgment (MC, ilcd) (Entered: 06/07/2005) |
| 06/09/2005 | 26 | ORDER as to Jerome Kindle Sentencing. Entered by Judge Jeanne E. Scott on 6/9/2005. (CT, ilcd) (Entered: 06/09/2005) |
| 06/09/2005 | 27 | JUDGMENT as to Jerome Kindle (1), 1-4, 5, 7, Dismissed upon motion of government.; Count(s) 6, 8, Defendant sentenced to 225 months, this term consists of 165 months on count 6 and 60 on count 8 to run consecutively; 8 years supervised release on count 6 and 5 on count 8 to run concurrently; $200.00 mandatory special assessment. Entered by Judge Jeanne E. Scott on 6/8/2005. (CT, ilcd) (Entered: 06/09/2005) |
| 06/09/2005 | 28 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Jerome Kindle (CT, ilcd) (Entered: 06/09/2005) |
| 06/10/2005 | 29 | +++ **SENTENCING RECOMMENDATION** as to Jerome Kindle. (CT, ilcd) (Entered: 06/10/2005) |
| 06/10/2005 | 30 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Jerome Kindle (CT, ilcd) (Entered: 06/10/2005) |
| 06/20/2005 | 31 | USCA Case Number as to Jerome Kindle 05-2741 for 23 Notice of Appeal - Final Judgment filed by Jerome Kindle,. (MC, ilcd) (Entered: 06/23/2005) |
| 06/23/2005 | 32 | Letter from Jon Noll to Kathy Sullivan (MC, ilcd) (Entered: 06/23/2005) |
| 07/27/2005 | 33 | Judgment Returned Executed as to Jerome Kindle on 7/19/05. (MC, ilcd) (Entered: 07/27/2005) |
| 08/02/2005 | 34 | ORDER of USCA as to Jerome Kindle re 23 Notice of Appeal - Final Judgment (MR, ilcd) (Entered: 08/03/2005) |

| | | |
|---|---|---|
| 07/27/2005 | 33 | Judgment Returned Executed as to Jerome Kindle on 7/19/05. (MC, ilcd) (Entered: 07/27/2005) |
| 08/02/2005 | 34 | ORDER of USCA as to Jerome Kindle re 23 Notice of Appeal - Final Judgment (MR, ilcd) (Entered: 08/03/2005) |
| 08/09/2005 | 35 | TRANSCRIPT of Proceedings as to Jerome Kindle held on 6/3/2005 before Judge Jeanne E. Scott. Court Reporter: K. Sullivan. (CT, ilcd) (Entered: 08/10/2005) |
| 09/13/2005 | 36 | Unopposed motion for leave to withdraw record on appeal re 27 Judgment, by Jerome Kindle. (MC, ilcd) (Entered: 09/13/2005) |
| 09/14/2005 | | TEXT ORDER: This matter is before the Court on Defendant Jerome Kindle's Unopposed Motion for Leave to Withdraw Record on Appeal (d/e 36). Kindle's appellate defense counsel seeks to withdraw the record to aid in preparing Appellant's brief. Defendant's Unopposed Motion for Leave to Withdraw Record on Appeal (d/e 36) is ALLOWED. Entered by Judge Jeanne E. Scott on 9/14/05. (MC, ilcd) (Entered: 09/14/2005) |
| 09/16/2005 | 37 | Letter forwarding record on appeal to Attorney Nguyen. (MC, ilcd) (Entered: 09/19/2005) |
| 09/20/2005 | | Remark: Appeal record returned consisting of one volume of pleadings, one transcript and one sealed copy of PSR by Attorney Nguyen. (MC, ilcd) (Entered: 09/20/2005) |
| 10/04/2005 | 38 | MOTION to Withdraw Document *(Transcripts)* by USA as to Jerome Kindle. (Risley, David) (Entered: 10/04/2005) |
| 10/05/2005 | | TEXT ORDER: This matter is before the Court on the Government's Motion for Leave to Withdraw Record on Appeal (d/e 38). The Government seeks to withdraw the record to aid in preparing its brief. The Government's Motion for Leave to Withdraw Record on Appeal (d/e 38) is ALLOWED. Entered by Judge Jeanne E. Scott on 10/5/05. (MC, ilcd) (Entered: 10/05/2005) |
| 10/05/2005 | 39 | Receipt for record on appeal (transcripts) by USA as to Jerome Kindle. (MC, ilcd) (Entered: 10/07/2005) |
| 10/06/2005 | | Remark: Record on Appeal (transcript) returned by USA (MC, ilcd) (Entered: 10/07/2005) |