

# United States District Court

**CENTRAL DISTRICT OF ILLINOIS**

JOHN M. WATERS
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

December 19, 2005

**05-2741**



GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

RE: USA v. JEROME KINDLE
D. C. Docket No. 03-30020
U. S. C. A. Docket No. 05-2741

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

ONE (1) Volume of Pleadings

ONE (1) Transcript

Other (specify): THREE (3) Sealed Documents

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:___s/Marleen Cooke_____
Deputy Clerk

U.S.C.A. – 7th Circuit
**FILED**
DEC 2 1 2005
GINO J. AGNELLO DW
CLERK
1935481-1

**ON AIMS**
DEC 2 1 2005
DW

U.S.C.A. – 7th Circuit
**RECEIVED**
DEC 2 0 2005 JC
GINO J. AGNELLO
CLERK