E-FILED
Monday, 03 March, 2008 01:58:34 PM
Clerk, U.S. District Court, ILCD

February 26, 2008

**Jerome Kindle No. 1399-026**
**Federal Correctional Complex (LOW)**
**PO BOX 9000**
**Marianna Bravo Dormitory**
**Forrest City AR. 72336**

Clerk, United States District Court
Central District of Illinois
John M. Waters
218 US Courthouse
201 S. Vine St,
Urbana, IL 61802



FILED

MAR - 3 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Clerk,

   Now comes applicant Jerome Kindle, case# CR03-30020, requesting counsel be appointed in pursuant to 2007 crack cocaine guideline amendment, made **retroactive** by the United States Sentencing Commission.

   In **May 2007,** the United States Sentencing Commission submitted a proposed revision of USSG §2D1.1, which has the effect of lowering the guideline for crack cocaine by two levels. The provision became effective on **November 1, 2007.**

   On **December 11, 2007,** the United States Sentencing Commission held hearing on the issue of **retroactivity**, and determined that **Amendment 706** to USSG §2D1.1, be **applied retroactive** effective **March 3, 2008.**

/s/ _____
Jerome Kindle No. 13999-026

2/26/2008