E-FILED
Tuesday, 18 March, 2008  11:54:44 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>JEROME D. KINDLE,<br><br>    Defendant. | No. 03CR30020<br>Hon. Jeanne E. Scott<br>United States District Judge,<br>Presiding |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW court-appointed counsel for JEROME D. KINDLE, Richard H. Parsons, Federal Public Defender, and Jonathan E. Hawley, First Assistant Defender, moving this Honorable Court for an Order allowing counsel to withdraw, and in support thereof states as follows:

1.    Pursuant to Administrative Order 08-U-0005, this Court appointed undersigned counsel to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

2.    Undersigned counsel has thoroughly reviewed the Defendant's case and concluded that he is ineligible for a reduction because he was sentenced as a Career Offender. It was the Career Offender guideline and not the crack cocaine guideline which determined the Defendant's guideline range. Accordingly, the amendment does not change the Defendant's guideline range or sentence.

3.    Because undersigned counsel has concluded that the Defendant is ineligible, counsel requests that he be allowed to withdraw as counsel and that the Defendant's be allowed

to proceed in this matter *pro se*.

    WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter and order allowing undersigned counsel to withdraw and allowing the Defendant to proceed *pro se*.

                                      Respectfully Submitted,
                                      JEROME D. KINDLE, Defendant

                                      RICHARD H. PARSONS
                                      Federal Public Defender

                        BY:    s/ Jonathan E. Hawley
                                      _____
                                      JONATHAN E. HAWLEY
                                      Attorney for Defendant
                                      First Assistant FPD
                                      ARDC Reg. No. 6243088
                                      401 Main Street, Suite 1500
                                      Peoria, Illinois 61602
                                      Phone: 309/671-7891
                                      Fax: (309) 671-7898
                                      E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney David Risley**.**

                                      s/ Jonathan E. Hawley
                                      _____
                                      JONATHAN E. HAWLEY
                                      Attorney for Defendant
                                      First Assistant FPD
                                      ARDC Reg. No. 6243088
                                      401 Main Street, Suite 1500
                                      Peoria, Illinois 61602
                                      Phone: 309/671-7891

Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org